UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>7290 SHEARED CLIFF LANE UN 102 TRUST; et al,<br><br>    Defendants. | 2:13-cv-2138-LDG-PAL |

Defendants have filed a motion to stay proceedings pending the Nevada Supreme Court's ruling on NRS 116.3116 (#15). Plaintiff does not oppose the stay (#16). As with previous pending super priority lien cases, the court will grant the stay.

THE COURT HEREBY ORDERS that the proceedings in this case are STAYED pending the anticipated decision by the Nevada Supreme Court.

THE COURT FURTHER ORDERS that plaintiff's motion for summary judgment (#10) is DENIED without prejudice. The parties may move for summary judgment within 120 days following the anticipated decision by the Nevada Supreme Court.

DATED this 17 day of September, 2014.

_____
Lloyd D. George
United States District Judge