Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       cag@slwlaw.com
Attorneys for Plaintiff/
Counter-Defendant
JP Morgan Chase Bank

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JP MORGAN CHASE BANK, National Association, a Delaware Corporation, | CASE NO: 2-13-cv-02138-LDG-PAL |
| Plaintiff, | |
| vs. | |
| 7290 SHEARED CLIFF LANE UN 102 TRUST; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive | |
| Defendants. | |
| 7290 SHEARED CLIFF LANE UN 102 TRUST, | STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| Counterclaimant, | |
| vs. | |
| JP MORGAN CHASE BANK, | |
| Counter-Defendant. | |

1

Plaintiff/Counter-Defendant JPMorgan Chase Bank ("**Chase**") and Defendant/Counterclaimant 7290 Sheared Cliff Lane UN 102 Trust (the "**Trust**"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED** that this entire matter, including claims and counterclaims, shall be dismissed, WITHOUT PREJUDICE, each party to bear its own fees and costs.

**IT IS FURTHER STIPULATED AND AGREED** that any pending motions are withdrawn without prejudice.

| SMITH LARSEN & WIXOM | LAW OFFICES OF MICHAEL F. BOHN, ESQ. |
|---|---|
| Dated this 3rd day of August, 2016. | Dated this ____ day of July, 2016. |
| /s/ Kent F. Larsen | /s/ Michael Bohn |
| Kent F. Larsen, Esq. | Michael F. Bohn, Esq. |
| Nevada Bar No. 3463 | Nevada Bar No. 1641 |
| Chet A. Glover, Esq. | 376 East Warm Springs Road, Ste. 160 |
| Nevada Bar No. 10054 | Las Vegas, Nevada 89119 |
| Hills Center Business Park | Attorneys for the Trust |
| 1935 Village Center Circle | |
| Las Vegas, Nevada 89134 | |
| Attorneys for Chase | |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATE: 4 Aug 2016